UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE
    Zackarie K Carter
    Katrynia M Carter
DEBTOR(S)                               CASE NUMBER 14-50490 TNW

### ORDER TO COMPEL

    The trustee having made his motion to compel the aforementioned debtor(s) to turn over the bill of sale to the 2003 Chevy Suburban, as requested by the Trustee at the § 341 hearing on April 8, 2014, and

    The Court being sufficiently advised;

    IT IS HEREBY ORDERED AND ADJUDGED that the trustee's motion is hereby SUSTAINED.

cc:
Stephen Palmer, Trustee (to serve on the below-listed)
Raphael J. Whitford, Attorney for Debtor(s)
John L. Daugherty, United States Trustee

Pursuant to Local Rule 9022-1(c), Stephen Palmer shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Monday, May 05, 2014
(tnw)