U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE

ZACKARIE K. CARTER  Case No. 14-50490
KATRYNIA M. CARTER  (Chapter 7)

DEBTORS

## ORDER AUTHORIZING TRUSTEE
## TO EMPLOY ATTORNEYS

The Court having considered the application of the Chapter 7 Trustee to employ Walther, Roark & Gay, PLC as Special Counsel as set forth in the Trustee's Application, and the Declaration of Walther, Roark & Gay, PLC in support thereof, and the Court FINDING AND CONCLUDING that Walther, Roark & Gay, PLC is a disinterested person and that their employment is in the best interest of the estate, it is ORDERED AND ADJUDGED as follows:

1. The Trustee is authorized to employ Walther, Roark & Gay, PLC ("WRG") as Special Counsel solely for the limited purpose of assisting the Trustee in (i) investigating and possibly avoiding an allegedly invalid vehicle lien in favor of Car Mart of Lexington; and (ii) and fulfilling his obligations, duties and responsibilities under the Bankruptcy Code. WRG's employment is to be upon the terms and conditions set forth therein. This appointment is effective as of April 21, 2014, the date the Trustee first requested that WRG be retained as Special Counsel in this matter. WRG and its attorneys are disinterested persons under defined in 11 U.S.C §101.

2. The Trustee is authorized to employ WRG on an hourly "Lodestar" basis, plus costs and expenses. The Trustee is authorized to employ WRG on an hourly fee arrangement at the following rates, plus expenses:

(a) $300 for partner Jonathan Gay;

(b) $250 for partner Stephen Barnes;

(c) Associate attorney rates as follows:

| | |
|---|---|
| Associates with two years or less of experience: | $180.00 |
| Associate with three years experience: | $190.00 |
| Associates with four years experience: | $200.00 |
| Associates with five years experience: | $210.00 |
| Associates with six or more years experience: | $220.00 |

(d) Paralegal rates as follows:

| | |
|---|---|
| Less than three years experience: | $100.00 |
| Four years experience: | $110.00 |
| Five years experience: | $120.00 |
| Over five years experience: | $130.00 |

WRG shall file Fee Applications, and the Court reserves on whether to allow fees under the "Lodestar" or other method.

3. The Trustee shall serve a copy of this Order on the parties set forth below. Service as set forth herein constitutes adequate notice.

Copies to:

*All parties designated to receive electronic notice, and:

Stephen Barnes, Attorney (**TO SERVE**)
Walther, Roark & Gay, PLC
P.O. Box 1598
Lexington, KY 40588-1598
ATTORNEYS FOR THE TRUSTEE

Stephen Palmer, Trustee
271 W. Short Street, #804
Lexington, KY 40507
TRUSTEE

U.S. Trustee
100 East Vine Street, Suite #500
Lexington, KY 40507

Hon. Rachel J. Whitford
312 S. 4th Street, Suite 700
Louisville, KY 40202
ATTORNEY FOR DEBTORS

Zackarie K. Carter
Katrynia M. Carter
249 E. London Avenue
Lexington, KY 40505
DEBTORS

Avi Schild, President
c/o Atlas Acquisitions, LLC
294 Union Street
Hackensack, NJ 07601

Car Mart of Lexington
399 E. New Circle Road
Lexington, KY 40505

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Monday, May 12, 2014**
**(tnw)**