**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Tracey N Wise**

IN RE:                                                                                          CASE NUMBER 14-50490
    Zackarie K Carter and Katrynia M Carter

**U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING**

DATE: 6/12/2014                                                                                          TIME: 09:30

APPEARANCES:

ISSUE:
   25     5/14/2014     Order to Show Cause regarding Debtors' failure to
                               be current on installment payments. Show Cause hearing
                               to be held on 6/12/2014 at 09:30 AM at Lexington Courtroom,
                               3rd Floor. (srw)

DISPOSITION:
      Cont

JUDGE'S NOTES:

    July-Debtors ordered to appear

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
**Tracey N Wise**
**Bankruptcy Judge**
**Dated: Thursday, June 12, 2013**
(sms)