U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

ZACKARIE K. CARTER                                                    CASE NO. 14-50490
KATRYNIA M. CARTER                                                    (Chapter 7)

DEBTORS

### ORDER GRANTING FIRST AND FINAL APPLICATION FOR ATTORNEYS' FEES AND EXPENSES FOR WALTHER, ROARK & GAY, PLC, SPECIAL COUNSEL FOR THE TRUSTEE

This matter came before the Court on Motion of Stephen Barnes ("Counsel"), a partner with Walther, Roark & Gay, PLC ("WRG"), and WRG, special counsel for Stephen Palmer (the "Trustee"), solely in his capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Zackarie K. Carter and Katrynia M. Carter (the "Debtor"), in which Motion Counsel and WRG moved this Court to authorize and order payment of First and Final Attorneys' Fees and Expenses for the period **April 21, 2014, through May 30, 2014**, with administrative expense priority in the total amount of **$935.43**, consisting of fees in the amount of **$800.50** for all services rendered and expenses in the amount of **$134.93**.  WRG also requested that in the event no written objection is filed within twenty-one (21) days, that an Order granting the relief requested be entered without a hearing.

The Court, having reviewed the Pleadings and various documents, and being otherwise adequately informed, hereby ORDERS AND ADJUDICATES as follows:

1.  The Application is GRANTED.

2. WRG's fees and expenses in the total amount of **$935.43** are Granted and Awarded. The court FINDS AND CONCLUDES that the fees and expenses as set forth in the First Fee Application of WRG constitute actual and necessary fees, costs and expenses pursuant to §503 of the Code and are entitled to administrative priority pursuant to §507 of the Code.

3. The Trustee is hereby authorized, ordered, and directed to pay such fees and expenses when funds are first available pursuant to §507 of the Code without further orders of the Court;

4. No hearing shall be held on this matter.

5. This is a final Order, and the Clerk is directed to enter this Order without delay.

Copies to:

\* All parties designated to receive electronic notice.
\*\* All parties listed on the Certificate of Service of the underlying Fee Application filed in the record.

Stephen Barnes **(TO SERVE)**
Walther, Roark & Gay, PLC
163 E. Main St., Suite 200
Lexington, KY 40588-1598

Stephen Palmer, Trustee
271 West Short Street #804
Lexington, KY  40507
TRUSTEE

Zackarie K. Carter
Katrynia M. Carter
249 E. London Avenue
Lexington, KY  40505
DEBTORS

Hon. Rachel J. Whitford
312 S. 4th Street, Suite 700
Louisville, KY  40202
ATTORNEY FOR DEBTORS

Avi Schild, President
c/o Atlas Acquisitions, LLC
294 Union Street
Hackensack, NJ  07601

Car Mart of Lexington
399 E. New Circle Road
Lexington, KY  40505

Marcus W. Van Pelt
Chief Legal Officer
Car-Mart
802 SE Plaza Avenue, Suite 200
Bentonville, AR  72712

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Friday, June 27, 2014**
**(tnw)**