# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **Zackarie K Carter**
**Katrynia M Carter**
Debtor(s)

Case No. **14-50490**
Chapter **7**

## AMENDMENT TO SCHEDULES

Comes the Debtor(s) in person and makes application for leave to amend his schedules and states that through inadvertence and error he failed to list in his schedules the following: (REFER TO PROPER SCHEDULES. SEPARATE SCHEDULES MUST BE AMENDED SEPARATELY.)

**Schedule F: Failed to list creditor**

I, **Zackarie K Carter and Katrynia M Carter**, the petitioner named in the foregoing amendment, certify under penalty of perjury that the foregoing is true and correct.

Executed on **September 5, 2014**

**/s/ Zackarie K Carter**
**Zackarie K Carter**
Debtor

**/s/ Katrynia M Carter**
**Katrynia M Carter**
Joint Debtor *(if applicable)*

## CERTIFICATE OF SERVICE

I certify that a copy of this amendment has been served upon the trustee and the following parties affected thereby:

**Lexserv**
**Time Warner Cable**
**Tmobile**

___by hand delivery
___by first class mail postage prepaid

on **September 5, 2014** .

**/s/ Raphael Whitford**
**Raphael Whitford 92363**
Petitioner/Attorney

B6F (Official Form 6F) (12/07)

In re **Zackarie K Carter,**
**Katrynia M Carter**
                                                              ,
                    Debtors

Case No. **14-50490**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0007**<br><br>**1st Heritage**<br>**830 Woodland Dr N**<br>**Forest, MS 39074** | | W | **Opened 11/25/09  Last Active  7/29/13**<br>**Note Loan** | | | | **1,852.00** |
| Account No. **xxxxxxxxxxxxxxxxxxxx0279**<br><br>**Acceptance Now**<br>**5501 Headquarters Dr**<br>**Plano, TX 75024** | | W | **Opened  7/01/12  Last Active  7/27/12**<br>**Rental Agreement** | | | | **8,687.00** |
| Account No. **xxxxxxxxxxxxxxxxxxxx0280**<br><br>**Acceptance Now**<br>**5501 Headquarters Dr**<br>**Plano, TX 75024** | | H | **Opened  7/01/12  Last Active 12/06/12**<br>**Rental Agreement** | | | | **2,115.00** |
| Account No. **M50F**<br><br>**Advanced Recovery Syst**<br>**422 Main St**<br>**Natchez, MS 39120** | | W | **Opened  8/01/10**<br>**Collection Attorney Southern Diagnostic Sdi** | | | | **197.00** |

__17__ continuation sheets attached

Subtotal
(Total of this page)   **12,851.00**

Document      Page 3 of 19

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zackarie K Carter,**  Case No. **14-50490**
**Katrynia M Carter**

_____,
Debtors

**AMENDED**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **KE93**  **Advanced Recovery Syst**  422 Main St  Natchez, MS 39120 | | W | Opened 3/01/10  Collection Attorney Jackson Medical Clinic Ll | | | | 109.00 |
| Account No. **xxxxxx46N1**  **Alliance Collection Se**  P O Box 49  Tupelo, MS 38802 | | W | Opened 2/01/09  Collection Attorney Anesthesia Consultants P.A. | | | | 468.00 |
| Account No. **xxxxxxxxxxxxQQQQ**  **Amca/American Medical Coll Agency**  Attn: Bankruptcy  Po Box 160  Elmsford, NY 10523 | | W | Med1 Lca Laboratory Corp Of Americ | | | | 572.00 |
| Account No. **xxxxxxxxxxxx1001**  **American Credit Accept**  961 E Main St  Spartanburg, SC 29302 | | W | Opened 7/01/12 Last Active 11/29/13  Automobile | | | | 9,120.00 |
| Account No. **xxx2320**  **BFP of Scott county**  PO Box 910670  Lexington, KY 40591-0670 | | J | | | | | 361.00 |

Sheet no. __1__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **10,630.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Zackarie K Carter,** Case No. **14-50490**
     **Katrynia M Carter**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx3106<br><br>Central Fin Control<br>PO Box 66044<br>Anaheim, CA 92816-6044 | | J | Collection Attorney Saint Joseph Hospital | | | | 874.82 |
| Account No. xxxxxx9518<br><br>Central Finl Control<br>Po Box 66044<br>Anaheim, CA 92816 | | W | Opened 5/01/13<br>Collection Attorney Saint Joseph Hospital | | | | 628.00 |
| Account No. xxxxxx7224<br><br>Central Finl Control<br>Po Box 66044<br>Anaheim, CA 92816 | | H | Opened 10/01/13<br>Collection Attorney Saint Joseph Hospital | | | | 200.00 |
| Account No. xxxxxxx0881<br><br>Chase<br>Po Box 6004<br>Ridgeland, MS 39158 | | W | Opened 3/01/07 Last Active 3/07/07<br>Educational | | | | Unknown |
| Account No. xxxxxxx0880<br><br>Chase<br>Po Box 6004<br>Ridgeland, MS 39158 | | W | Opened 3/01/07 Last Active 3/07/07<br>Educational | | | | Unknown |

Sheet no. **2** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,702.82**

B6F (Official Form 6F) (12/07) - Cont.

In re **Zackarie K Carter,**
**Katrynia M Carter**, Debtors

Case No. **14-50490**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx39N1<br><br>**Commonwealth Financial**<br>**245 Main St**<br>**Dickson City, PA 18519** | | W | **Opened 8/01/13**<br>**Collection Attorney Red Hills Emergency Physicians** | | | | **595.00** |
| Account No. xxxx4555<br><br>**Credit Acceptance**<br>**Attn: Bankruptcy Dept**<br>**25505 West 12 Mile Rd Ste 3000**<br>**Southfield, MI 48034** | | H | **Opened 3/11/11 Last Active 11/04/11**<br>**Automobile** | | | | **4,790.00** |
| Account No. xxxx8405<br><br>**Credit Coll**<br>**Po Box 9136**<br>**Needham, MA 02494** | | W | **Med1 02 Labcorp** | | | | **363.00** |
| Account No. xxxxxxxxxxxxx3200<br><br>**Dept Of Ed/sallie Mae**<br>**11100 Usa Pkwy**<br>**Fishers, IN 46037** | | W | **Opened 9/01/09 Last Active 11/25/13**<br>**Educational** | | | | **Unknown** |
| Account No. xxxxxxxxxxxxx4200<br><br>**Dept Of Ed/sallie Mae**<br>**11100 Usa Pkwy**<br>**Fishers, IN 46037** | | W | **Opened 9/01/09 Last Active 11/25/13**<br>**Educational** | | | | **Unknown** |

Sheet no. **3** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **5,748.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Zackarie K Carter,**
**Katrynia M Carter**
_____,
Debtors

Case No. **14-50490**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxx7201 <br><br> Dept Of Ed/sallie Mae <br> 11100 Usa Pkwy <br> Fishers, IN 46037 | | W | Opened 7/01/10 Last Active 11/25/13 <br> Educational | | | | Unknown |
| Account No. xxxxxxxxxxxxx5201 <br><br> Dept Of Ed/sallie Mae <br> 11100 Usa Pkwy <br> Fishers, IN 46037 | | W | Opened 7/01/10 Last Active 11/25/13 <br> Educational | | | | Unknown |
| Account No. xxxxxxxxxxxxx6201 <br><br> Dept Of Ed/sallie Mae <br> 11100 Usa Pkwy <br> Fishers, IN 46037 | | W | Opened 10/01/10 Last Active 11/25/13 <br> Educational | | | | Unknown |
| Account No. xxxxxxxxxxxxx8201 <br><br> Dept Of Ed/sallie Mae <br> 11100 Usa Pkwy <br> Fishers, IN 46037 | | W | Opened 10/01/10 Last Active 11/25/13 <br> Educational | | | | Unknown |
| Account No. xxxxxxxxxxxxx9201 <br><br> Dept Of Ed/sallie Mae <br> 11100 Usa Pkwy <br> Fishers, IN 46037 | | W | Opened 10/01/12 Last Active 11/25/13 <br> Educational | | | | Unknown |

Sheet no. **4** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Zackarie K Carter,**            Case No. **14-50490**
     **Katrynia M Carter**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxx1200<br><br>**Dept Of Ed/sallie Mae**<br>**11100 Usa Pkwy**<br>**Fishers, IN 46037** | | W | Opened 9/01/08 Last Active 11/25/13<br>Educational | | | | **Unknown** |
| Account No. xxxxxxxxxxxxx2200<br><br>**Dept Of Ed/sallie Mae**<br>**11100 Usa Pkwy**<br>**Fishers, IN 46037** | | W | Opened 9/01/08 Last Active 11/25/13<br>Educational | | | | **Unknown** |
| Account No. xxxx6261<br><br>**Fac/nab**<br>**480 James Robertson Pkwy**<br>**Nashville, TN 37219** | | W | Opened 2/01/12<br>Collection Attorney Lexington Infectious Disease | | | | **635.00** |
| Account No. xxxxxx3215<br><br>**Franklin Collection Sv**<br>**2978 W Jackson St**<br>**Tupelo, MS 38801** | | W | Opened 8/01/09<br>Collection Attorney Jackson Healthcare For Women P | | | | **267.00** |
| Account No. xxxxxxxxxxxx6010<br><br>**GC Services**<br>**Attn: Bankruptcy**<br>**6330 Gulfton St.**<br>**Houston, TX 77081** | | H | Opened 11/01/13<br>Collection Attorney Dish Network | | | | **1,206.00** |

Sheet no. **5** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **2,108.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Zackarie K Carter,**
**Katrynia M Carter**
                                                            ,
                              Debtors

Case No. **14-50490**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx9838<br><br>Gla Collection Co Inc<br>2630 Gleeson Ln<br>Louisville, KY 40299 | | W | Opened 1/01/12<br>Collection Attorney Central Ky Radiology | | | | 241.00 |
| Account No. xxxxxxxxxxxx7964<br><br>Gla Collection Co Inc<br>2630 Gleeson Ln<br>Louisville, KY 40299 | | W | Opened 2/01/12<br>Collection Attorney Central Ky Radiology | | | | 235.00 |
| Account No. xxxxxxxxxxxx8083<br><br>Gla Collection Co Inc<br>2630 Gleeson Ln<br>Louisville, KY 40299 | | W | Opened 2/01/12<br>Collection Attorney Central Ky Radiology | | | | 235.00 |
| Account No. xxxxxxxxxxxx0327<br><br>Gla Collection Co Inc<br>2630 Gleeson Ln<br>Louisville, KY 40299 | | W | Opened 10/01/13<br>Collection Attorney Central Ky Radiology  Rm | | | | 85.00 |
| Account No. xxxxxxxxxxxx2403<br><br>Gla Collection Co Inc<br>2630 Gleeson Ln<br>Louisville, KY 40299 | | H | Opened 8/01/11<br>Collection Attorney Central Ky Radiology | | | | 36.00 |

Sheet no. **6** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **832.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zackarie K Carter,**  Case No. **14-50490**
      **Katrynia M Carter**
_____,
                              Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx7733<br><br>Gla Collection Co Inc<br>2630 Gleeson Ln<br>Louisville, KY 40299 | | H | Opened 2/01/13<br>Collection Attorney Central Ky Radiology | | | | 30.00 |
| Account No. xxxxxxxxxxxx1428<br><br>Gla Collection Co Inc<br>2630 Gleeson Ln<br>Louisville, KY 40299 | | W | Opened 1/01/12<br>Collection Attorney Central Ky Radiology | | | | 30.00 |
| Account No. xxxxxxxxxxxx1570<br><br>Gla Collection Co Inc<br>2630 Gleeson Ln<br>Louisville, KY 40299 | | H | Opened 1/01/13<br>Collection Attorney Central Ky Radiology | | | | 30.00 |
| Account No. xxxxxxxxxxxx1839<br><br>Gla Collection Co Inc<br>2630 Gleeson Ln<br>Louisville, KY 40299 | | H | Opened 6/01/12<br>Collection Attorney Central Ky Radiology | | | | 25.00 |
| Account No. xxx0074<br><br>Healthcare Financial S<br>911 Flynt Dr<br>Flowood, MS 39232 | | W | Opened 1/01/11<br>Collection Attorney Baptist Medical Center | | | | 1,367.00 |

Sheet no. **7** of **17** sheets attached to Schedule of  Subtotal  1,482.00
Creditors Holding Unsecured Nonpriority Claims  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Zackarie K Carter,**
**Katrynia M Carter**
,
Debtors

Case No. **14-50490**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2525** <br><br> **Healthcare Financial S** <br> **911 Flynt Dr** <br> **Flowood, MS 39232** | | W | **Opened 12/01/08** <br> **Collection Attorney The Eye Clinic** | | | | **316.00** |
| Account No. **xxx3915** <br><br> **Healthcare Financial S** <br> **911 Flynt Dr** <br> **Flowood, MS 39232** | | W | **Opened 9/01/07** <br> **Collection Attorney Ms Pathology Associates** | | | | **180.00** |
| Account No. **xxx3308** <br><br> **Healthcare Financial S** <br> **911 Flynt Dr** <br> **Flowood, MS 39232** | | W | **Opened 3/01/11** <br> **Collection Attorney Capital City Children Adoles** | | | | **70.00** |
| Account No. **xxx1384** <br><br> **Healthcare Financial S** <br> **911 Flynt Dr** <br> **Flowood, MS 39232** | | W | **Opened 3/01/09** <br> **Collection Attorney Premier Endoscopy Center** | | | | **51.00** |
| Account No. **xxx1008** <br><br> **Healthcare Financial S** <br> **911 Flynt Dr** <br> **Flowood, MS 39232** | | W | **Opened 2/01/09** <br> **Collection Attorney Baptist Medical Center** | | | | **25.00** |

Sheet no. __8__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**642.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zackarie K Carter,**  
       **Katrynia M Carter**  
_____,  
Debtors

Case No. **14-50490**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2241** <br><br>**Hunter Warfield**<br>**Attention: Collections Department**<br>**4620 Woodland Corporate Blvd**<br>**Tampa, FL 33614** | | H | **Opened 4/01/13**<br>**Collection Attorney Augusta Arms Apartments** | | | | **1,610.00** |
| Account No. **xxx5712** <br><br>**Hunter Warfield**<br>**Attention: Collections Department**<br>**4620 Woodland Corporate Blvd**<br>**Tampa, FL 33614** | | H | **09 Augusta Arms Apartments** | | | | **1,610.00** |
| Account No. **xxxx3927** <br><br>**Laboratory Corpotation of America holdin**<br>**PO Box 2240**<br>**Burlington, NC 27216-2240** | | J | | | | | **105.00** |
| Account No. **xxxx7684** <br><br>**Laboratory Corpotation of America holdin**<br>**PO Box 2240**<br>**Burlington, NC 27216-2240** | | J | | | | | **349.00** |
| Account No. **xxxxxxxx-xxx0845** <br><br>**Lexserv**<br>**PO Box 7426636**<br>**Cincinnati, OH 45274** | | J | | | | | **Unknown** |

Sheet no. **9** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page) **3,674.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zackarie K Carter,**
       **Katrynia M Carter**
_____,
                                    Debtors

Case No. **14-50490**

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0883**  Lloyd & McDaniel  11405 Park Rd Ste 200  PO Box 23200  Louisville, KY 40223-0200 | | J | **Case#12C-08090** | | | | 7,162.29 |
| Account No. **xxxxxxxxx155O**  Midnight Velvet  Swiss Colony Midnight Velvet  1112 7th Ave  Monroe, WI 53566 | | W | **Opened 3/01/08  Last Active 8/29/08**  **Charge Account** | | | | 319.00 |
| Account No. **xxxx8694**  NCO Fin Systems INc  507 Prudential Rd  Horsham, PA 19044 | | J | **Collection Attorney DirectTv** | | | | 531.34 |
| Account No. **xxxx9564**  Nco Fin/09  Attention: Bankruptcy  507 Prudential Rd  Horsham, PA 19044 | | H | **Opened 11/01/13**  **Collection Attorney Directv** | | | | 531.00 |
| Account No. **xxxx7550**  Rcvl Per Mng  20816 44th Ave W  Lynnwood, WA 98036 | | J | **11 Nuvox Comm Now Windstream** | | | | 363.00 |

Sheet no. **10** of **17** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **8,906.63**

B6F (Official Form 6F) (12/07) - Cont.

In re **Zackarie K Carter,** Case No. **14-50490**
**Katrynia M Carter**
_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx9971** <br><br> **Receivables Performanc** <br> **20816 44th Ave W** <br> **Lynnwood, WA 98036** | | J | **Opened 5/01/13** <br> **Collection Attorney Dish** | | | | **1,205.00** |
| Account No. **xxxxxx0710** <br><br> **Revenue Recovery Corp** <br> **612 Gay St** <br> **Knoxville, TN 37902** | | W | **Opened 12/01/12** <br> **Collection Attorney St Joseph Emergency Department** | | | | **818.00** |
| Account No. **xxxxxx0708** <br><br> **Revenue Recovery Corp** <br> **612 Gay St** <br> **Knoxville, TN 37902** | | W | **Opened 12/01/12** <br> **Collection Attorney St Joseph Emergency Department** | | | | **719.00** |
| Account No. **xxxxxx0709** <br><br> **Revenue Recovery Corp** <br> **612 Gay St** <br> **Knoxville, TN 37902** | | W | **Opened 12/01/12** <br> **Collection Attorney St Joseph Emergency Department** | | | | **719.00** |
| Account No. **xxxxxx1381** <br><br> **Revenue Recovery Corp** <br> **612 Gay St** <br> **Knoxville, TN 37902** | | H | **Opened 2/01/13** <br> **Collection Attorney St Joseph Emergency Department** | | | | **592.00** |

Sheet no. __11__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,053.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Zackarie K Carter,** Case No. **14-50490**
       **Katrynia M Carter**
_____,
                                            Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx7748<br><br>Revenue Recovery Corp<br>612 Gay St<br>Knoxville, TN 37902 | | W | Opened 6/01/13<br>Collection Attorney St Joseph Emergency Department | | | | 397.00 |
| Account No. xxxxxx9570<br><br>Revenue Recovery Corp<br>612 Gay St<br>Knoxville, TN 37902 | | W | Opened 5/01/13<br>Collection Attorney St Joseph Emergency Department | | | | 378.00 |
| Account No. xxxxxx6095<br><br>Revenue Recovery Corp<br>612 Gay St<br>Knoxville, TN 37902 | | W | Opened 10/01/12<br>Collection Attorney St Joseph Emergency Department | | | | 339.00 |
| Account No. xxxxxx9542<br><br>Revenue Recovery Corp<br>612 Gay St<br>Knoxville, TN 37902 | | H | Opened 5/01/13<br>Collection Attorney St Joseph Emergency Department | | | | 258.00 |
| Account No. xxxxxx8144<br><br>Rjm Acq Llc<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791 | | W | Opened 11/01/11<br>Factoring Company Account Columbia House Dvd Club | | | | 196.00 |

Sheet no. **12** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,568.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zackarie K Carter,**
       **Katrynia M Carter**
_____,
                            Debtors

Case No. __**14-50490**__

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx2624**<br><br>**Rjm Acq Llc**<br>**575 Underhill Blvd Suite 224**<br>**Syosset, NY 11791** | | W | **Opened 5/01/12**<br>**Factoring Company Account Bank Of America Checking Accou** | | | | **150.00** |
| Account No. **xxxxxxxxxxxxxxxxxx0916**<br><br>**Sallie Mae**<br>**Attn: Claims Department**<br>**Po Box 9500**<br>**Wilkes-Barre, PA 18773** | | W | **Opened 9/01/09 Last Active 9/01/10**<br>**Educational** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxxxxxxxx0917**<br><br>**Sallie Mae**<br>**Attn: Claims Department**<br>**Po Box 9500**<br>**Wilkes-Barre, PA 18773** | | W | **Opened 9/01/08 Last Active 7/01/09**<br>**Educational** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxxxxxxxx0917**<br><br>**Sallie Mae**<br>**Attn: Claims Department**<br>**Po Box 9500**<br>**Wilkes-Barre, PA 18773** | | W | **Opened 9/01/08 Last Active 7/01/09**<br>**Educational** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxxxxxxxx0916**<br><br>**Sallie Mae**<br>**Attn: Claims Department**<br>**Po Box 9500**<br>**Wilkes-Barre, PA 18773** | | W | **Opened 9/01/09 Last Active 9/01/10**<br>**Educational** | | | | **Unknown** |

Sheet no. __**13**__ of __**17**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **150.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Zackarie K Carter,**
**Katrynia M Carter**
_____,
Debtors

Case No. **14-50490**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx1000<br><br>**Santander Consumer Usa**<br>**8585 N Stemmons Fwy Ste 1100-N**<br>**Dallas, TX 75247** | | W | **Opened 2/01/10 Last Active 7/30/12**<br>**Automobile** | | | | **7,018.00** |
| Account No. xxxx7506<br><br>**SKO Brenner American, Inc.**<br>**PO Box 230**<br>**Farmingdale, NY 11735-0230** | | J | | | | | **269.85** |
| Account No. xxxx3364<br><br>**Southwest Credit Syste**<br>**4120 International Parkway Suite 1100**<br>**Carrollton, TX 75007** | | H | **Opened 11/01/13**<br>**Collection Attorney Windstream** | | | | **519.00** |
| Account No. xxxxxxxxxxxx5866<br><br>**St Jospeh Emergency Department**<br>**Attn: Carol Bentley *3**<br>**3429 Regal Dr**<br>**Alcoa, TN 37701** | | J | | | | | **719.00** |
| Account No. xxxxxxxxxxxx9107<br><br>**St Jospeh Emergency Department**<br>**Attn: Carol Bentley *3**<br>**3429 Regal Dr**<br>**Alcoa, TN 37701** | | J | | | | | **719.00** |

Sheet no. **14** of **17** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **9,244.85**

B6F (Official Form 6F) (12/07) - Cont.

| In re | Zackarie K Carter, Katrynia M Carter | Case No. | **14-50490** |
|---|---|---|---|
| | Debtors | | |

**AMENDED**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx0361**<br><br>**St Jospeh Emergency Department**<br>**Attn: Carol Bentley *3**<br>**3429 Regal Dr**<br>**Alcoa, TN 37701** | | J | | | | | 818.00 |
| Account No. **xxxxxxxxxxxx8306**<br><br>**St Jospeh Emergency Department**<br>**Attn: Carol Bentley *3**<br>**3429 Regal Dr**<br>**Alcoa, TN 37701** | | J | | | | | 339.00 |
| Account No. **xxxxxxxxxxxx2587**<br><br>**St Jospeh Emergency Department**<br>**Attn: Carol Bentley *3**<br>**3429 Regal Dr**<br>**Alcoa, TN 37701** | | J | | | | | 397.00 |
| Account No. **xxxxxxx1486**<br><br>**St. Joseph East**<br>**PO Box 644667**<br>**Pittsburgh, PA 15264-4667** | | J | | | | | 417.85 |
| Account No.<br><br>**Time Warner Cable**<br>**SWO Division**<br>**PO Box 1060**<br>**Elgin, IL 60123** | | J | | | | | Unknown |

Sheet no. **15** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,971.85**

B6F (Official Form 6F) (12/07) - Cont.

In re **Zackarie K Carter,**
**Katrynia M Carter**
,
Debtors

Case No. **14-50490**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx8839<br><br>**Tmobile**<br>**PO Box 742596**<br>**Cincinnati, OH 45274** | | J | | | | | **Unknown** |
| Account No. xxxx0039<br><br>**Unique National Collec**<br>**119 E Maple St**<br>**Jeffersonville, IN 47130** | | W | **Opened 1/01/13**<br>**Collection Attorney Lexington Public Library** | | | | **42.00** |
| Account No. xxxxxxxxxxx9581<br><br>**Us Dept Of Ed/glelsi**<br>**Po Box 7860**<br>**Madison, WI 53707** | | W | **Opened 6/01/12 Last Active 1/31/14**<br>**Educational** | | | | **24,353.00** |
| Account No. xxxxxxxxxxx8581<br><br>**Us Dept Of Ed/glelsi**<br>**2401 International**<br>**Madison, WI 53704** | | W | **Opened 7/01/10 Last Active 1/31/14**<br>**Educational** | | | | **7,653.00** |
| Account No. xxxxxxxxxxx1577<br><br>**Us Dept Of Ed/glelsi**<br>**2401 International**<br>**Madison, WI 53704** | | W | **Opened 9/01/09 Last Active 1/31/14**<br>**Educational** | | | | **3,279.00** |

Sheet no. **16** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **35,327.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Zackarie K Carter,**
**Katrynia M Carter**

Case No. **14-50490**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx0577<br><br>**Us Dept Of Ed/glelsi**<br>**Po Box 7860**<br>**Madison, WI 53707** | | W | **Opened 9/01/08  Last Active 1/31/14**<br>**Educational** | | | | **3,169.00** |
| Account No. xxxxxxxxxxxx4790<br><br>**Webbank/fingerhut Fres**<br>**6250 Ridgewood Rd**<br>**Saint Cloud, MN 56303** | | H | **Opened 8/01/12  Last Active 8/29/12**<br>**Installment Sales Contract** | | | | **206.00** |
| Account No. xxxxxxxxxxxx0449<br><br>**Webbank/fingerhut Fres**<br>**6250 Ridgewood Rd**<br>**Saint Cloud, MN 56303** | | W | **Opened 10/01/12  Last Active 10/10/12**<br>**Installment Sales Contract** | | | | **129.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **17** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,504.00**

Total (Report on Summary of Schedules) **104,395.15**